PROB 12C
(6/16)

Report Date: September 25, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2026

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Shane Leavitt — Case Number: 0980 2:18CR00177-TOR-1

Address of Offender: [redacted] Warden, Washington 98857

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 12, 2019

| | | |
|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A),(b)(1) | |
| Original Sentence: | Prison - 120 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: July 27, 2026 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: July 26, 2036 |

---

## PETITIONING THE COURT

To issue a summons.

On July 16, 2026, the undersigned officer reviewed the conditions of supervised release with Mr. Leavitt, who acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 1**: You must not have direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places. |

**Supporting Evidence**: It is alleged that on September 4, 2026, the defendant knowingly had direct contact with his two children, both under the age of 18, via FaceTime.

On September 16, 2026, the undersigned officer conducted a review of Mr. Leavitt's Internet activity via a routine monitoring report. During this review, potentially explicit material was found, creating reasonable suspicion that Mr. Leavitt may have been in violation of his supervision. On September 18, 2026, the undersigned officer conducted a search of Mr. Leavitt's cell phone at the U.S. Probation Office based on the existing reasonable suspicion.

During a search of Mr. Leavitt's photo album on his phone, the undersigned officer located a screenshot of two minor children in what appeared to be from a FaceTime call, dated September 4, 2026. To verify the findings, Mr. Leavitt's call history was searched. Records revealed a 42 minute FaceTime call with his wife, the children's mother, which took place at the time the screenshot of the children was taken. When confronted by the undersigned officer regarding this violation, Mr. Leavitt claimed that he was under the impression that he could have virtual contact with his children as long as an adult was present. Mr. Leavitt took accountability for his actions and agreed to cease all forms of contact with his children until given permission from his probation officer.

Additionally, the undersigned officer located a photograph of a naked toddler in a bathtub, who appeared to be Mr. Leavitt's daughter. The photograph was dated July 16, 2018. When confronted about the concerns regarding this photograph, Mr. Leavitt claimed that his wife had sent him the photo and he did not realize it was on his device.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 25, 2026

s/Derrick Findley

Derrick Findley
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O Rice

Signature of Judicial Officer

September 30, 2026

Date